712

## Commonwealth v. Dennis, Appellant.

Before MORRIS, P. J., specially presiding, without a jury.

Submitted December 9, 1968. *Sylvester Dennis, Jr.*, appellant, in propria persona; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Dessus, Appellant.

Before TROUTMAN, J., specially presiding.

Submitted December 12, 1968. *Elizabeth Langford Green* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *Harold K. Don, Jr.* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.